UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATURE IRVIN SR.,

                Petitioner,

    -v-

ANTHONY J. ANNUCCI, et al.,

                Respondents.

CIVIL ACTION NO. 22 Civ. 4887 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 16, 2022, Respondents submitted their Response to Petitioner Lature Irvin Sr.'s Petition for Writ of Habeas Corpus. (See ECF Nos. 11; 12 (the "Response")). The Response identifies several exhibits on which Respondents rely, including a "video recording of [P]etitioner's February 5, 2013 interview with law enforcement officers [(the "Video")][.]" (See ECF Nos. 11 at 3; 11-7). Respondents identify the Video as "Exhibit G" and claim to have submitted it "in Native Format[.]" (Id.) The Court, however, is not in receipt of the Video. Consequently, Respondents are ORDERED to re-submit the Video and to file proof of submission on the docket by **Thursday, October 31, 2024.**

Dated:    New York, New York
            October 24, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**