Michael G. Scavelli
212 378 7538
mscavelli@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main

www.steptoe.com

**Steptoe**

---

> The parties' Letter-Motion at ECF No. 24 is GRANTED, and the oral argument scheduled for Thursday, December 12, 2024, is ADJOURNED to **Tuesday, January 14, 2025 at 10:00 a.m.** The oral argument will take place in Courtroom 18A, 500 Pearl Street, New York, New York.
>
> The Clerk of Court is respectfully directed to close ECF No. 24.
>
> SO ORDERED.   10/25/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

---

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:   *Irvin v. Annucci, et al.*, Case No. 1:22-cv-04887 (CM) (SLC)
   Consent Request for Adjournment of Oral Argument Date

Dear Judge Cave:

We represent Petitioner Lature Irvin, Sr. in the above-referenced action. The Court scheduled oral argument on Mr. Irvin's petition for a writ of habeas corpus for December 12, 2024 (ECF No. 21). We write to respectfully request that the oral argument be adjourned and rescheduled. This is the first adjournment request, and counsel for Respondents consent to the adjournment. Petitioner seeks this adjournment because undersigned counsel is scheduled to be on trial as co-lead counsel from December 9 through December 20, 2024 in New York State Supreme Court in the matter *New York Communities for Change et al. v. County of Nassau et al.*, Index No. 602316/2024.

In addition, the parties conferred regarding other significant scheduling conflicts in the near-term and, if agreeable to the Court, respectfully request a date during the week of January 13, 2025.

We appreciate the Court's consideration in this matter.

Respectfully submitted,

Michael G. Scavelli

CC:   All Counsel of Record