Michael G. Scavelli
212 378 7538
mscavelli@steptoe.com

1114 Avenue of the Americas New
York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**

> Petitioner's Letter-Motion at ECF No. 26 is GRANTED, and the oral argument scheduled for Monday, January 13, 2025 is ADJOURNED to **Tuesday, February 25, 2025 at 11:45 a.m.** The oral argument will take place in Courtroom 18A, 500 Pearl Street, New York, New York.
>
> The Clerk of Court is respectfully directed to close ECF No. 26.
>
> SO ORDERED.    12/9/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:   *Irvin v. Annucci, et al.*, Case No. 1:22-cv-04887 (CM) (SLC)
       Consent Request for Adjournment of Oral Argument Date

Dear Judge Cave:

We represent Petitioner Lature Irvin, Sr. in the above-referenced action and write to seek an adjournment of the oral argument in this proceeding, which is currently scheduled for January 13, 2025.

On October 25, 2024, the Court granted Petitioner's request to adjourn the oral argument from December 9, 2024 to January 13, 2025 because undersigned counsel was scheduled to be on trial in New York State Supreme Court in the matter *New York Communities for Change et al. v. County of Nassau* ("*Nassau*") from December 9 through December 20. (ECF No. 25). At a recent conference in the *Nassau* proceeding, the court adjourned the trial to December 17, 2024 and confirmed at a subsequent conference on December 4, 2024 that this date was firm. The *Nassau* trial will now begin on December 17, 2024, will recess over the holidays, and is presently scheduled to be completed no later than January 13, 2025. Accordingly, in the event the trial runs to January 13, 2025 (or beyond) and in order for the undersigned counsel to adequately prepare for oral argument, we respectfully request that the oral argument be adjourned and rescheduled. This is the second adjournment request, and counsel for Respondents consents to the adjournment. If granted, this adjournment would not impact any other dates in this case.

The parties conferred regarding other significant scheduling conflicts and, if agreeable to the Court, respectfully request the argument be moved to February 25, February 27, or February 28, 2025.

We appreciate the Court's understanding and consideration in this matter.

*         *         *