UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LATURE IRVIN, SR.,

               Petitioner,               22 CIVIL 4887 (CM(SLC)

    -against-                         **JUDGMENT**

ANOTHONY J. ANNUCCI, et al.,

               Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 15, 2025, the Court has considered the objections and overruled them. The Court declines to issue a certificate of appealability because there has been no "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see United States v. Perez, 129 F.3d 255,260 (2d Cir. 1997). Further, the Court finds, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from an order denying Irvin's motion would not be taken in good faith. See Feliz v. United States, No. 01-cv-5544, 2002 WL 1964347, at *7 (S.D.N.Y. Aug. 22, 2002). Accordingly, the case is closed.

**Dated:** New York, New York
         May 15, 2025

                                        **TAMMI M. HELLWIG**
                                           **Clerk of Court**

                **BY:**
                                             **Deputy Clerk**